501 A.2d 634

**Andrew LEWIS, Dexter A. Groves and Ronald Merith, Appellants**

v.

**GENERAL ACCIDENT GROUP and Pennsylvania Assigned Claims Plan.**

Supreme Court of Pennsylvania.

Argued Dec. 5, 1985.

Decided Dec. 23, 1985.

Allen L. Feingold, Philadelphia, for appellants.

David M. McCormick, George S. Donze, Philadelphia, for appellee.

### ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.